```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 08626
   TYRONE AUSTIN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9504


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/09/2008 and was not confirmed.

    The case was converted to chapter 7 without confirmation 07/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
INDYMAC BANK              SECURED NOT I         .00           .00            .00
OPTION ONE MORTGAGE       SECURED NOT I         .00           .00            .00
WACHOVIA DEALER SERVICES  SECURED VEHIC   17000.00            .00            .00
ROUNDUP FUNDING LLC       UNSECURED         959.63            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1082.57            .00            .00
LVNV FUNDING              UNSECURED        1766.53            .00            .00
WASHINGTON/PROVIDIAN      UNSECURED       NOT FILED           .00            .00
LITTON LOAN SERVICING     CURRENT MORTG         .00           .00            .00
LITTON LOAN SERVICING     MORTGAGE ARRE    2500.00            .00            .00
WACHOVIA DEALER SERVICES  UNSECURED       40555.88            .00            .00
WFS FINANCIAL             NOTICE ONLY     NOT FILED           .00            .00
POPULAR MORTGAGE SERVICI  CURRENT MORTG         .00           .00            .00
POPULAR MORTGAGE SERVICI  SECURED NOT I   16825.68            .00            .00
INDYMACK BANK             NOTICE ONLY     NOT FILED           .00            .00
INDYMAC BANK              SECURED NOT I         .00           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,331.50                       414.00
TOM VAUGHN                TRUSTEE                                          36.00
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     450.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                        414.00
TRUSTEE COMPENSATION                                   36.00
DEBTOR REFUND                                            .00
                         ---------------       ---------------
TOTALS                      450.00                    450.00


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 08626 TYRONE AUSTIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |